**Order filed February 10, 2023.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-21-00310-CV

---

**BREITBURN OPERATING, LP, SUCCESSOR-IN-INTEREST TO QRE OPERATING, LLC; BREITBURN MANAGEMENT COMPANY, LLC; BREITBURN ENERGY PARTNERS, LP; QR ENERGY, LP; AND MAVERICK NATURAL RESOURCES, LLC, Appellants**

**V.**

**ROGER D. PARSONS, IN HIS CAPACITY AS TRUSTEE OF THE LL& E ROYALTY TRUST, Appellee**

---

**On Appeal from the 133rd District Court
Harris County, Texas
Trial Court Cause No. 2015-47031**

---

# O R D E R

The court has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain (1) the "Agreed Order" signed on April 25, 2022. *See* Tex. R. App. P. 34.5(a)(1). The Harris County District Clerk is directed to file a supplemental clerk's record on or

before February 21, 2023, containing the "Agreed Order" signed on April 25, 2022. If the omitted item is not part of the case file, the clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM


Panel consists of Justices Bourliot, Poissant, and Wilson.